**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR 00-481 PCT RCB |
| | ) | |
| Vs. | ) | O R D E R |
| | ) | |
| BENNY JOE KABINTO,JR., | ) | |
| | ) | |
| Defendant. | ) | |

The court has considered defendant's Motion To Dismiss Petition To Revoke Supervised Release And And (sic) Request For Sentencing In Absentia To Concurrent Term, together with the government's response and defendant's reply.  The court concludes that a more appropriate method of adjudicating the pending petition to revoke requires the physical presence of the defendant and an analysis, at that time, of all the mitigating conduct the defendant may choose to present and such additional conduct and circumstances, if any, which the government may seek to have the court consider.

IT IS ORDERED denying defendant's Motion To Dismiss Petition

1  To Revoke Supervised Release And And (sic) Request For Sentencing
2  In Absentia To Concurrent Term.
3       DATED this 10th day of October, 2007.

_____
Robert C. Broomfield
Senior United States District Judge

9  Copies to counsel of record