**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>   v.<br><br>Benny Joe Kabinto,<br><br>   Defendant,<br>and<br><br>Ignace Brothers Construction,<br><br>   Garnishee. | **CR 00-481-PCT-RCB**<br><br>**GARNISHMENT DISPOSITION ORDER** |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer on December 8, 2010, stating that at the time of the service of the Writ it had in its possession non-exempt earnings belonging to and due Defendant, and that Garnishee was indebted to Defendant.

On November 30, 2010, Defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property or to object to the answer.

IT IS ORDERED that Garnishee pay the sum of 25% of Defendant's non-exempt earnings to Plaintiff and continue withholding Defendant's non-exempt earnings and

1 paying them to Plaintiff until the debt to Plaintiff is paid in full or until Garnishee
2 no longer has possession of any non-exempt earnings belonging to Defendant or until
3 further Order of this court.  Checks should be made payable to Clerk of the Court, and
4 mailed to Clerk's Office, U.S. District Court, Sandra Day O' Connor Courthouse, 401 W.
5 Washington Street, Attention: Finance Division, Suite 130, SPC-1, Phoenix, Arizona
6 85003-2118.

DATED this 4th day of February, 2011.

_____
Robert C. Broomfield
Senior United States District Judge